Núm. 8233.—Poupart, aplte. v. Rivera, apldo.— ▇▇▇▇▇▇▇▇▇▇ Julio 23, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, examinada la misma así como el escrito de oposición, atendidas las explicaciones ofrecidas por el abogado del apelante en cuanto a los motivos que tuvo para no haber utilizado los medios coercitivos procedentes de acuerdo con la ley y no estando en condiciones este Tribunal para resolver si es o no claramente frívolo el presente recurso por falta de una transcripción de la evidencia, no ha lugar por ahora a la desestimación solicitada.

En los siguientes casos, a propuesta de sus distintos Jueces, el tribunal se negó a desestimar los recursos, por no aparecer o resultar claramente frívolos:

Núms. 8148, 8207, 8250 y 8278.

Núm. 8033.—Delgado, apldo. v. Roger et al., apltes.— ▇▇▇▇▇▇▇▇ Noviembre 22, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada solicitó la desestimación del recurso por no haber los apelantes presentado su alegato, celebrándose la vista de su moción con la sola asistencia de su abogado en noviembre 18 actual; y

Por cuanto, la transcripción de los autos quedó radicada en la Secretaría de este Tribunal desde mayo 8, 1940, habiéndose concedido a los apelantes sucesivas prórrogas para radicar su alegato, siéndolo la de septiembre 26 para vencer en octubre 25 con carácter de última; y

Por cuanto, ni dentro de la prórroga ni antes de la vista de la moción de desestimación ni después se ha archivado el alegato:

Por tanto, de acuerdo con la ley, el reglamento y la jurisprudencia, se declara con lugar la moción y se desestima el recurso.